# EXHIBIT E

## FRANCHISE GUARANTY AGREEMENT

**FOR VALUE RECEIVED**, and in consideration for, and as an inducement to Franchisor's entering into the Franchise Agreement of even date herewith (the "Franchise Agreement"), by and between Al-Lomar, Inc. ("Franchisor") and Taylor Family Holdings, Inc., dba Capriotti's ("Franchisee"), the undersigned ("Guarantor") is hereby, on behalf of itself, its successors, assigns, heirs, administrators, and general representatives, as the case may be, covenants and agrees with Franchisor, its legal representatives, successors and assigns as follows:

(a) **THAT**, the undersigned will unconditionally guarantee to the Franchisor the prompt and punctual payment of any and all monies due and owing or other amounts that may be or become due to Franchisor from time to time under the Franchise Agreement and will duly perform all of the covenants contained in the Franchise Agreement to be performed by the Franchisee thereunder and, in addition, will pay all damages that may arise in consequence of a default by Franchisee under the Franchise Agreement and all attorneys' fees and other costs that may be incurred by Franchisor in enforcing Franchisee's covenants and agreements set forth in the Franchise Agreement, or in enforcing the covenants and agreements of the undersigned herein: all without requiring notice from Franchisor of any such default, which such notice the undersigned hereby expressly waives;

(b) **THAT**, the undersigned will unconditionally guarantee to Franchisor payment and satisfaction of any claim which Franchisor may have against Franchisee for damages resulting from a violation of any covenant or condition in

15

the Franchise Agreement, including, but not limited to, the covenant not to compete, unfair competition as defined under the Federal Trademark Act of 1946, as amended, or under applicable state unfair competition laws, arising out of Franchisee's activities during the course of, in connection with, or upon the termination of the Franchise Agreement;

(c) **THAT**, at the option of Franchisor, the undersigned may be joined in any action or proceeding commenced by Franchisor against Franchisee in connection with or based upon the Franchise Agreement or any provision thereof, and that recovery may be had against the undersigned in any such action or proceeding, or in any independent action or proceeding against the undersigned, without any requirement that Franchisor or its respective successors or assigns first assert, prosecute or exhaust any remedy or claim against Franchisee, its successors or assigns; such that the liability of the undersigned hereunder shall be deemed primary;

(d) **THAT**, this Franchise Guaranty Agreement shall be absolute, present and unconditional and shall remain in full force and effect and extend to any renewal, extension, indulgence, modification or amendment of the Franchise Agreement, and as to assignment, or other transfer of Franchisee's interests under the Franchise Agreement, whether or not the undersigned shall have had notice thereof;

(e) **THAT**, the validity of this Franchise Guaranty Agreement and the obligations of the undersigned hereunder shall in no way be terminated, limited, diminished, affected or impaired by reason of any action which Franchisor might

16

take or be forced to take against Franchisee, or by reason of any waiver of failure to enforce any of the rights or remedies reserved to Franchisor in the Franchise Agreement or otherwise;

(f) **THAT**, the obligations of the undersigned, if more than one party, shall be joint and several and shall be fully valid and binding as against each signatory hereto individually whether or not any other party or parties hereto have executed this Franchise Guaranty Agreement;

(g) **THAT**, the undersigned waives notice of any and all defaults under the Franchise Agreement;

(h) **THAT**, in any action or proceeding brought on, under or by virtue of this Franchise Guaranty Agreement, the undersigned shall and does hereby waive trial by jury;

(i) **THAT**, this Franchise Guaranty Agreement shall survive the termination of, expiration or cancellation of the Franchise Agreement;

(j) **THAT**, any failure or election to take action against the undersigned pursuant to this Franchise Guaranty Agreement shall not in any way be deemed as a waiver of any rights of Franchisor hereunder.

The use of the singular herein shall include the plural. Each term used in this Franchise Guaranty Agreement, unless otherwise defined herein, shall have the same meaning as when used in the Franchise Agreement. This Franchise Guaranty Agreement shall be governed by and construed in accordance with the laws of the State of Delaware.

17

**IN WITNESS WHEREOF,** the undersigned has caused this Franchise Guaranty Agreement to be executed as of even date with the Franchise Agreement.

WITNESS:

GUARANTOR:

Natalie Delucia Taylor, Individually

Date: 3-17-03

18

STATE OF _____, CITY/COUNTY OF _____, to wit:

     **I HEREBY CERTIFY** that on this _____ day of _____, 20__, before me, the subscriber, a notary public in and of the state and city/county aforesaid, personally appeared _____, who executed the foregoing Franchise Guaranty Agreement.


                                                _____
                                                Notary Public

MY COMMISSION EXPIRES:

19

# EXHIBIT F

# Las Vegas Weekly



Search [ ]  Go

- Magazine
- News
- Blogs
- Nightlife
- Dining
- Entertainment
- Guides
- Photos
- Video
- Calendar
- Jobs

- Features
- As We See It
- Neon Eden
- Sex
- 5 Things
- Random Photo
- Style
- 12 to Watch in 2012

- Like
- Tweet 8
- Print
- AAA

## News & notes from dining in Las Vegas

Sarah Feldberg

Tue, Nov 15, 2011 (12:45 p.m.)



Sage's 40-minute farm egg off the November seasonal menu.

## Pass the Parm

Just in time for home cooks to start stressing over their holiday meals, chef Geno Bernardo of Nove Italiano at the Palms delivers a Thanksgiving cooking class this Saturday, November 19. Putting an Italian twist on the classic American meal, Bernardo will share insider tips for a five-courser that features dishes like stuffed artichokes like the chef's grandmother used to make, boneless turkey breast with chestnut and sausage stuffing and pumpkin cheesecake. The class wraps up with a tasting session with paired wines and the sense of relief that comes from knowing your November 24 meal won't be a total train wreck. *Reserve your spot by calling 942-6856.*

## Discount dance

Locals know the best time to hit many Strip restaurants is during happy hour, when high-end cocktails and tasty snacks are offered for a fraction of their regular price. If that sounds like a good idea, put SushiSamba's new SambaHour at the Palazzo at the top of your to-do list. The Sunday-Friday happy hour, available at the bar from 4-7 p.m. and 11 p.m.-close, will focus on one of the restaurant's cultural influences—Japan, Brazil or Peru— every month, offering discounted snacks and drinks. For November, try out Japanese treats like pork gyoza with kabocha pumpkin puree and *su-shoyu* dipping sauce or vegetable tempura with black truffle aioli, each for $6. Drinks include $6 select sakes and cocktails like the Spicy Ginger Chu-tini, made with shochu, Bacardi Razz, guava and ginger.

## Let us feast

Come November, everyone's thinking Thanksgiving, but at Aria the chefs have crafted fall feast tasting menus (available all month) that substitute more inventive dishes for the seasonal classics. At Michael Mina's American Fish, the seasonal array includes a soy-braised Kobe short with turnip gratin, and at Sage, chef Richard Camarota slows things down with 48-hour beef belly and a 40-minute (yep, 40) farm egg. The multi-course menus, also available at Jean Georges Steakhouse and Sirio Ristorante, range from $79-$95 and last all month. And just down the Strip, at Paris Las Vegas, the Eiffel Tower Restaurant is also feeling the fall. Chef Joho's new menu includes dishes like butternut squash soup with duck confit, a venison chop with oatmeal cake, black trumpet mushrooms and huckleberry reduction and a bleu cheese tasting.

## Slice of history

Summerlin is rapidly making a name for itself in the pizza department, and coming this month, New York favorite Di Fara Pizza is adding its pie to the mix. The Brooklyn-based pizzeria has been serving up slices by Italian-born Dom DeMarco for more than 45 years, and has won dining awards from publications like New York magazine and New York Daily News in the process. The Vegas outpost—called Dom DeMarco's Pizzeria & Bar— promises to reproduce the stuff that made the original famous, right down to Brooklyn water for the dough. Located at 9785 West Charleston Blvd., the restaurant will serve craft beers, salads and pastas along with that award-winning pie.





Photo: <u>Jacob Kepler</u>

The sandwich that started a dream: Capriotti's beloved Bobbie.

**Crazy Bobbie III**

It's a match made in Vegas heaven: boobs and Bobbies. That would be topless dancing at gentlemen's club Crazy Horse III and the famed Capriotti's Thanksgiving-in-a-roll sandwich, both part of Crazy Horse III's new daily happy hour. On offer from 1-7 p.m., seven days a week, the special offers guests a six-inch Capriotti's sandwich with a domestic beer or soda for $5. That's a sweet deal, with or without the boobs.

<u>Share This</u> <u>Print This</u>

## Discussion:

In an effort to increase the dialogue on our stories, we will be requiring Facebook accounts to leave comments on lasvegasweekly.com stories. We believe that Weekly readers are likely to have Facebook accounts already and more apt to comment on this site with that account rather than have to create an account with us. If, however, you do not have a Facebook account, <u>click here to sign up for one</u>. If you have questions, comments or concerns about this new commenting policy, <u>please let us know</u>.

For any other questions related to commenting on Weekly stories, please <u>read our full policy</u>.



Facebook social plugin

Advertisement



# Calendar

« previous day  next day »

- **Thursday**

  2012-01-05

  **The Strip**

  Funktion

- **Thursday**

  2012-01-05

  **Concert**

  Burning Tide

- **Thursday**

  2012-01-05

  $2 bombs

  **South Point**

  Thursday Night Live at the South Point Showroom

- More ›

- **Friday**

  2012-01-06

  <u>**Venetian**</u>

  <u>Winter in Venice</u>

- **Friday**

  2012-01-06

  <u>**Henderson**</u>

  <u>Sarah Frances Johnston at Urban Grill</u>

- **Friday**

  2012-01-06

  <u>**Green Valley**</u>

  <u>Yellow Brick Road at Ovation</u>

- <u>More ›</u>

- **Saturday**

  2012-01-07

  <u>**Comedy**</u>

  <u>The Rock and Roll Comedy Show at The Royal Resort</u>

- **Saturday**

  2012-01-07

  <u>**Local Bands**</u>

  <u>Loveshack</u>

- **Saturday**

  2012-01-07

  **Red Rock Casino**

Franky Perez

- More ›

- **Sunday**

  2012-01-08

  Reduced priced beer and shots

  **Local Bands**

  John Zito's Electric Jam at Count's Vamp'd

- **Sunday**

  2012-01-08

  **Downtown**

  Music Tribute Night at LVCS

- **Sunday**

  2012-01-08

  **Red Rock Casino**

  Franky Perez

- More ›

- **Monday**

  2012-01-09

  **Sam's Town**

  The Fab at Roxy's at Sam's Town

- **Monday**

  2012-01-09

  **Palms**

  Santa Fe and the Fat City Horns at The Lounge at the Palms

- **Monday**

  2012-01-09

  **The Strip**

  Blues Monday at the House of Blues

- More ›

- **Tuesday**

  2012-01-10

  **Downtown**

  Songwriters Showcase

- **Tuesday**

  2012-01-10

  **Planet Hollywood**

  Rock Star Karaoke

- **Tuesday**

  2012-01-10

  **Tropicana**

  Recycled Percussion at Tiffany Theater

- More ›

- **Wednesday**

  2012-01-11

  **The Strip**

  Afrojack

- **Wednesday**

  2012-01-11

  Drink Specials

**Drink Specials**

It's A Woman's World Wednesdays

- **Wednesday**

2012-01-11

**Planet Hollywood**

Rock Star Karaoke

- More ›

- Concerts
- Clubs
- Local Bands
- Movies

## Facebook Activity



Sign Up    Create an account or log in to see what your
           friends are doing.

Sci-fi brothel Alien Cathouse to open in
Southern Nevada
74 people recommend this.

Kid Meets Cougar, local band
23 people recommend this.

Full Force, dance crew
32 people recommend this.

Taking the CAT bus on January 8? Then you
might not need your pants
32 people recommend this.

Facebook social plugin

 **Las Vegas Weekly** on Facebook

Like    38,337

## Most Popular

- Most Read
- E-mailed

1. 1. 'To this Miss America, the year has been about others -- not about me'
2. 2. Guns N' Roses
3. 3. Peggy Plots Your Planets
4. 4. Taking the CAT bus on January 8? Then you might not need your pants

1/6/12
Bobbie's Boobs and Famous Brooklyn Hair - Las Vegas Weekly
Case 1:12-cv-00028-SLR  Document 4-2  Filed 01/17/12  Page 16 of 29 PageID #: 84

4. 4. Taking the CAT bus on January 8? Then you might not need your pants
5. 5. Heartbreak and joy as 2012 Miss America Pageant hopefuls arrive
6. 6. Sci-fi brothel Alien Cathouse to open in Southern Nevada
7. 7. Spencer Patterson's strange brush with Bob Seger
8. 8. Weekly Q&A: Studio 21 tattoo artist Charlie Spencer
9. 9. A new brunch go-to with good eggs and an Asian chef named Norm
10. 10. An excerpt from 'Weekly' writer Rick Lax's new book

1. 1. Is the Internet transforming—or destroying—the magic of magic?
2. 2. End of an era: Ruth's Chris closes in Las Vegas
3. 3. Bread & Butter brings 'the best damned baked goods' to Henderson
4. 4. Best-ever birthday cake: Cherry cola chocolate chunk
5. 5. Preliminary testing does not point to water as source of marathon infection
6. 6. Four winter cocktails sure to make spirits bright this holiday season
7. 7. A man, a ball, a hoop, a bench (and an alleged thread)… TELLER!
8. 8. Chunky guac and cheerful smiles at Mi Tierra
9. 9. What will become of Vegas' iconic Blue Angel?
10. 10. Kevin Spacey on Jack Abramoff: 'I found him to be very charming'

Search LVWeekly.com  [Go]

© Copyright 1996-2012 Las Vegas Weekly | User Agreement/Privacy Policy | Contact | Subscribe | Job Openings | Feeds | Facebook | Twitter | MySpace | Advertise

Las Vegas Sun | Vegas Deluxe | Vegas.com | LasVegas.com | Las Vegas hotels | Mexico | Cancún | Los Cabos | Greenspun Media Group

# EXHIBIT G

1/6/12      I Love Las Vegas Magazine BLOG: Ready for lunch? Head ...

Case 1:12-cv-00028-SLR Document 1-2 Filed 01/17/12 Page 18 of 29 PageID #: 86



*A great place to learn about what is up to date and new and hot and hip in this city that is the LV! Plus a pet friendly zone.*

MONDAY, NOVEMBER 14, 2011

## Ready for lunch? Head over to Crazy Horse III & enjoy a Capriotti's sandwich!

Crazy Horse III, one of Las Vegas' premier gentlemen's clubs and part of the adult nightlife complex PLAYGROUND, will introduce its latest happy hour special to satisfy the appetites of its loyal clientele.

Guests will receive a delicious six-inch sandwich from celebrated sandwich shop, Capriotti's, along with a refreshing domestic beer or soda for only $5. Happy hour will be available to all guests daily from 1 until 7 p.m.

Total Pageviews

Lola Belle's "Canine Correspondent" Dog Thoughts's Fan Box



Lola Belle's "Canine Correspondent" Dog Thoughts on Facebook

Facebook Badge

Carole McCabe Joy's Profile

1/6/12    Las Vegas Magazine - BLOG: Ready for lunch? Head over to Crazy...

Case 1:12-cv-00028-SLR Document 2 Filed 01/17/12 Page 19 of 29 PageID #: 87





Create Your Badge



Capriotti's, famous for its fresh, roasted turkey, offers countless combinations for sandwiches, including savory roast beef, turkey, ham and tuna. Signature sandwiches include The Bobbie, made with turkey, cranberry sauce, stuffing and mayo, and the Capastrami, made with hot pastrami, Swiss cheese, Russian dressing and cole slaw. These mouthwatering sandwiches, combined with an ice cold beer and Crazy Horse III live entertainment, will be the perfect spot to enjoy a hearty lunch or dinner.

PLAYGROUND is a revolutionary concept offering multiple rooms to satisfy the 24-hour cravings of tourists and locals alike, including Crazy Horse III gentlemen's club, Posh Boutique Nightclub, fresh sushi at Sushi All Night and the Harem Hookah lounge. The 40,000+ square-foot venue is located minutes away from the Las Vegas Strip, just a few blocks west of I-15 on Russell Rd.

For VIP, group reservations or further information about PLAYGROUND, Crazy Horse III, Posh Boutique Nightclub, Harem Hookah or Sushi All Night call 702-673-1700 or visit www.CrazyHorse3LV.com.

Posted by Carole9073

Recommend this on Google

---

**0 comments:**

**Post a Comment**

**Vegas Gentlemen's Club**
Las Vegas Gentlemen's Club Limo, Drinks & VIP to Gent's Clubs
www.ClubVivaLasVegas.com    AdChoices ▷

National Geographic POD



POD - Lanterns floating into the night sky in Thailand

**DeVry University**
Bachelor's, Master's & Associate

blogged

Subscribe To

🔲 Posts ⌄

🔲 Comments ⌄

Twitter Updates

follow me on Twitter





## Jimmy John's Sandwiches

5 Subs Less than 4 Grams of Fat Hold the
Mayo. Click, Order, Eat!
www.JimmyJohns.com

## Wine Tasting Event

Masters of Food & Wine at the Park Hyatt
Washington. Learn More Here!
mastersfoodandwine.com

## Diabetes Breakfast

Get Diabetics Breakfast Recipes. Sugar Free
Meals You Will Love!
chewonit.com/Diabetes

AdChoices ▷

Newer Post                    Home                    Older Post

Subscribe to: Post Comments (Atom)

My Blog List

NY Post: News
Romanian national busted in $1.5M
ATM 'skimming' spree - An illegal
alien from Romania was caught in the
act yesterday while adjusting high-tech
hardware that helped a gang of crooks
swipe about $1.5 million from...
36 minutes ago

Hey U Guys - Movie News / Reviews
Blog
First Image Of Tommy Lee Jones And
Will Smith In Men In Black III - Just a
few days ago, we got our first look at
Jemaine Clement, the main villain in
the upcoming sci-fi action comedy, Men
in Black III, which revealed the ...
1 hour ago

DMZ Correspondents!
Thinking of Getting a Puppy For
Christmas...PLEASE READ!!!! - The
following article was written by and is
presented with permission from Louise
Guyton, a rescuer who states that every
Christmas there is an abundance o...
5 weeks ago

Vegas Entertainment Blog - The Duck
Report
-

Fresh Intelligence : Radar Online
-

Latest Fashion Trends

Add <u>Salvador Dali Art</u>



**Stylelist**
<u>Theresa Bruno: New Years Resolutions</u>
<u>Vicki Beamon: Wrapping Up A Great Year</u>
<u>Amanda Seyfried Wigs Out, The Real Side Of Juice Cleanses: Beauty News</u>

## Facebook Badge

DMZ Correspondents

### facebook

Name:
DMZ Correspondents
Status:
So I am kinda stressing out on what my first...
Fans:
37

Promote Your Page Too

## Disclaimer

"The Information in this weblog is provided "AS IS" with no warranties and confers no rights. This weblog does not represent the thoughts, intentions, plans or strategies of my employer. It is solely our opinions. Inappropriate comments will be deleted at the author's discretion. All code samples provided "AS IS" without warranty of any kind, either express or implied including but not limited to implied warranties or merchantability and or fitness for a particular purpose. Also this blog is for my own personal ideas, views and purposes."

# EXHIBIT H



UNION
restaurant & lounge

STEAK WITH BENEFITS

» 11.17.11

## CAPRIOTTI'S TAKES IT OFF



You may think this is all an elaborate excuse to post a picture of Natalie Portman's ass. And you may be right.

Hey, you like boobs, don't you? Of course you do. You like sandwiches too, right? Now why not put them together? Oh, because of the part where that's kind of a terrible idea? Pish posh.

Apparently Crazy Horse III is teaming up with Capriotti's to offer lap dance enthusiasts six-inch subs with a beer for five bucks during happy hour from 1 to 7 p.m. daily, basically defying dudes to eat in the middle of a bunch of strippers despite everything common sense, social convention and the evidence they can see with their very eyes suggesting that's not something anyone should do. Ever. Under any circumstances.

We're not sure who comes off as more desperate in this situation. Is it Crazy Horse for not trusting nudity to be a strong enough selling point? Is it Capriotti's, clearly bowing to the demands of their delivery guys who want to make that run every day? Is it guys who can't wait past their lunch break to get to the titty bar? (Actually, scratch that last one. We just found our new lunch plans.) But, if you must, fellas, remember: It is **never** acceptable to tip a stripper in Bobbie stuffing, no matter how hilarious that may be.

» By Jason Scavone

»                » Tags: crazy horse iii

Comments RSS

## Leave a Reply

Name (required)

Mail (hidden) (required)

Submit Comment

- 

- # STALK US

  

- # NEWSWIRE

  - Oh snap, Jezebel puts Holly on blast for her weight-loss claims. http://t.co/gcGMST1a 4 days ago
  - Paris might have been kicked off Afrojack's stage on NYE for being "too distracting." http://t.co/Ew2qQlgQ 7 days ago
  - We have a new Christmas hero. http://t.co/6rWVMl8r 40 days ago

- Search for: [ ] [ Search ]

  

- 

- # TIPS

  You work for tips, and so do we. Kind of. We know you've got some juicy bit of gossip you're just dying to tell the world. Come whisper it in our ear at tips@dailyfiasco.com. We'll protect your anonymity. Unless you want the admiring crowd to know your name. We can make that happen too. You can also call our tip line at (702) 868-4571, or hit us on MySpace, Facebook or Twitter.

- # ARCHIVES

  Select Month [ ▾ ]

- # TOPICS

Select Category ▼

-
-

-

- # INFO

  - About
  - Advertise
  - Contact
  - Send us your tips

- # MORE INTERNET GOODNESS

  - 944
  - Alltop
  - Five Hundy By Midnight
  - Las Vegas Advisor
  - Raw Vegas
  - SpyOnVegas
  - This Ain't Iowa
  - Two Way Hard Three
  - Vegas Passport
  - Vegas Seven
  - Vegas Tripping









- 

-





Site Admin **Daily Fiasco** Copyright © 2012 <u>WENDOH Media</u>. All Rights Reserved.